IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH P. O'LEARY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 09 CV 1428 |
| HEALTHCARE SERVICES, INC., *et al.*, | ) ) |
| | ) Judge Conlon |
| Defendants. | ) ) Jury Trial Demanded |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule of Procedure 41(a), Plaintiff hereby voluntarily dismisses Count III of the Complaint without prejudice. Count III is asserted against defendant Mary Tolan. Defendant Tolan has not answered or moved for summary judgment.

Dated: June 1, 2009

Respectfully submitted,

*/s/ Nancy A. Temple*
Nancy A. Temple, Attorney for Plaintiff

Nancy Temple
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800

1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **June 1, 2009**, the foregoing Notice of Dismissal was served on the following counsel of record via electronic delivery and United States mail, first-class, postage prepaid at 542 South Dearborn Street, Chicago, Illinois:

>Brenda Feis
>Seyfarth Shaw LLP
>131 S. Dearborn, Suite 2400
>Chicago, IL 60603

*/s/ Nancy A. Lyle*