Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 1428 | **DATE** | 6/8/2009 |
| **CASE TITLE** | Joseph P. O'Leary vs. Healthcare Services, Inc., et al., | | |

### DOCKET ENTRY TEXT

Pursuant to plaintiff's notice of voluntary dismissal, this case is dismissed without prejudice. All pending motions are moot.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | | Courtroom Deputy Initials: | air |
|---|---|---|---|

09C1428 Joseph P. O'Leary vs. Healthcare Services, Inc., et al.,

Page 1 of 1