# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 09 C 1428 | DATE | 6/16/2009 |
| CASE TITLE | JOSEPH P. O'LEARY vs. HEALTHCARE SERVICES, INC., et al., | | |

**DOCKET ENTRY TEXT**

On the court's own motion, the order docketed June 8, 2009 [20] is vacated as a clerical error. Count III only is voluntarily dismissed without prejudice. Defendant Tolan's motion to dismiss Count III [14] is moot. ALL PREVIOUSLY SET DATES STAND.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|